# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON S. GATES,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN BERNARDINO COUNTY SHERIFF'S DEPT., *et al.*,<br><br>    Defendants. | Case No. ED CV 13-0166 JAK (JCG)<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 26, 2014      _____
                                                      HON. JOHN A. KRONSTADT
                                                  UNITED STATES DISTRICT JUDGE